Joseph A. Broderick, as Superintendent of Banks of the State of New York, Appellant, *v.* Robert Adamson et al., Defendants, and Morris W. Haft, Individually and as Trustee for Jules D. Haft, Respondent.

(Argued March 19, 1935; decided April 17, 1935.)

*Harold N. Cohen, Edward Feldman, Warren C. Fielding, Isadore H. Cohen* and *Carl J. Austrian* for appellant.

*Lazarus Joseph, Jacob S. Demov* and *Charles L. Grad* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.